88 So.2d 577

RESERVE LIFE INSURANCE CO.

v.

Juanita B. WHITTEN.

4 Div. 884.

Supreme Court of Alabama.

June 21, 1956.

A. R. Powell, Jr., Andalusia, and F. B. McGill, Opp, for petitioner.

Albrittons & Rankin, Andalusia, opposed.

LAWSON, Justice.

Petition of Juanita B. Whitten for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Reserve Life Ins. Co. v. Whitten, 88 So.2d 573.

Writ denied.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.

85 So.2d 907

Lottie Mae ROBINSON

v.

STATE ex rel. Geo. C. JOHNSON, Solicitor.

8 Div. 817.

Supreme Court of Alabama.

Jan. 20, 1956.

Malone & Malone, Athens, for appellant.

John Patterson, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., for appellee.

PER CURIAM.

Appeal dismissed.

LIVINGSTON, C. J., and LAWSON, STAKELY and MAYFIELD, JJ., concur.

84 So.2d 660

Donald Wade STEWART

v.

STATE.

4 Div. 867.

Supreme Court of Alabama.

Jan. 12, 1955.

E. C. Orme, Troy, for petitioner.

John Patterson, Atty. Gen., and Owen Bridges, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Donald Wade Stewart for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Stewart v. State, Ala.App., 84 So.2d 658.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MAYFIELD, JJ., concur.